IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 12 |
| JOHN E. NEWGARD, ) | |
| JENNIFER S. NEWGARD, ) | Bk. No. 21-00732 |
| ) | |
| Debtors. ) | |

**UNITED STATES OF AMERICA'S OBJECTION
TO DEBTORS' SEVENTH MODIFIED AND SUBSTITUTUTED
CHAPTER 12 PLAN OF REORGANIZATION**

The United States of America, on behalf of the Internal Revenue Service (IRS), files this objection to the Debtors' Seventh Modified and Substituted Chapter 12 Plan of Reorganization filed on February 27, 2026 (the "Plan").  (Doc. 342). The Plan is not feasible in light of substantial unpaid post-petition tax liabilities and an unfiled return.  In support thereof, the United States states as follows:

1. IRS filed its third amended proof of claim in this case on August 18, 2023, as Claim 3-5.  This claim arises from income, FICA, and FUTA taxes for years 2014 through 2021, in the total amount of $238,345.45, with $205,938.51 as unsecured priority, $23,793 as secured, and $32,406.94 as unsecured general.

2. The Debtors filed their Petition on August 11, 2021. (Doc. 1). The Bankruptcy Code requires a Chapter 12 debtor to "file a plan not later than 90 days" after the petition date, unless the court has extended this period due to "circumstances for which the debtor should not justly be held accountable." 11 U.S.C. § 1221. A case is subject to dismissal

    for cause, including "unreasonable delay … by the debtor that is prejudicial to creditors," "failure to file a plan timely," and "denial of confirmation of a plan". 8 U.S.C. § 1208.

3. Since the Debtors filed the Petition, the federal income tax returns for years 2021, 2022, 2023, and 2024 have become due. A 2025 return will become due on April 15, 2026.

4. Debtors filed a 2021 return in 2022 but did not timely pay the tax due. Nearly four years after payment became due, Debtors owe a principal balance of $67,490.84 plus interest and penalties.

5. Debtors filed a 2022 return in 2025. The principal balance remaining owed with regard to the 2022 return is $177,062.68, plus interest and penalties.

6. Debtors filed a 2023 return in 2025. The principal balance remaining owed with regard to the 2023 return is $313,919.50, plus penalties and interest.

7. The Debtors provided a *pro forma* return pursuant to 11 U.S.C. § 1232(d) showing a remaining priority balance of $47,398. However, it does not appear that Debtors have provided or filed a proof of claim pursuant to 11 U.S.C. § 1232(d)(2), and this balance is not treated in the Plan.

8. Debtors have not filed a 2024 return or made any estimated payments for 2024 federal income tax liability.

9. Debtors have not made any estimated payments for 2025 federal income tax liability.

10. Section I.C.4 of the Plan provides that "Post-Petition tax liabilities accruing after the petition date shall be paid in full by the Debtor as they become due in the ordinary course of business, or through the Plan as administrative expenses entitled to priority under § 507(a)(2)."

11. Debtors will have violated this provision immediately upon confirmation, because Debtors have not timely paid *any* of their post-petition federal income tax liabilities.

12. Accordingly, the Debtors are unable "to make all payments under the plan and to comply with the plan," and confirmation should be denied under 11 U.S.C. § 1225(a)(6).

13. If Debtors intend to treat any of the post-petition federal income taxes as pre-petition under § 1232(d), any remaining priority portion of the tax liabilities may make full payment of priority claims impossible. Accordingly, the Debtors cannot satisfy 11 U.S.C. § 1225(a)(6), and confirmation should be denied.

The United States, on behalf of the IRS, objects to the confirmation of the debtor's proposed Chapter 12 plan and requests it be denied. The United States requests such additional relief as the Court may deem appropriate.

        Respectfully submitted,

        LEIF OLSON
        United States Attorney

        By: */s/ Brandon J. Gray*

        BRANDON J. GRAY
        Assistant United States Attorney
        111 7th Avenue SE, Box 1
        Cedar Rapids, IA 52401
        (319) 363-6333 Phone
        (319) 363-1990 Fax
        brandon.gray2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send an electronic notice of such filing to all registered counsel or parties of record.

UNITED STATES ATTORNEY

BY: */s/ T. Milton*